# Plaintiff's Exhibit 40



**MATERIALS SCIENCE AND ENGINEERING**
UNIVERSITY of MICHIGAN ■ COLLEGE of ENGINEERING

**GRADUATE PROGRAM OFFICE**

3062 H.H.Dow Building
Ann Arbor, MI 48109-2136
Phone: 734-763-9790
Fax: 734-763-4788
http://msewww.engin.umich.edu

December 16, 2011

Ms. Jennifer Dibbern
2222 Fuller Ct., Apt. 303A
Ann Arbor, MI 48105

Exhibit
Exhibit No.: 34
Name: Hilgendorf
Date: 7-17-14
ESQUIRE

Dear Ms. Dibbern:

I regret to inform you that due to your lack of progress on your thesis research, we are recommending that the Rackham Graduate School discontinue your enrollment in the Materials Science and Engineering Ph.D. program. As we discussed in our meeting in September, and again today, you have enough credits to leave the program with a Master's degree in Materials Science and Engineering.

If you have not already done so, to receive a Master's degree, you will need to provide your official final undergraduate degree transcript to Rackham. If you wish to receive a Master's degree, please notify Ms. Renee Hilgendorf (reneeh@umich.edu) and/or Ms. Denise Edmund (dledmund@umich.edu) in writing by December 20, 2011.

If you wish to appeal this decision, please contact Ms. Darlene Ray-Johnson at Rackham Graduate School.

I wish you well in your future endeavors.

Best,

Professor Peter F. Green
Chair, Materials Science and Engineering

cc: Alec Gallimore, Associate Dean for Research and Graduate Education, CoE
Janet Weiss, Dean, Rackham Graduate School